UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEXTER T. JACKSON, ET AL. | * | CIVIL ACTION NO. 24-2253 |
| VERSUS | * | SECTION: "P"(1) |
| MARATHON PETROLEUM CO., LP | * | JUDGE DARREL JAMES PAPILLION |
| | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |

<u>ORDER</u>

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiffs have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the Motion to Strike (Rec. Doc. 8) is GRANTED and that plaintiffs' class allegations are hereby STRICKEN from their Petition.

New Orleans, Louisiana, this 11th day of December 2024.

_____
DARREL JAMES PAPILLION
UNITED STATES DISTRICT JUDGE

1